# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANTE ANTWAN HILL,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:21-cv-00518-RDP-NAD |
| **CHERON Y. NASH Warden, et al.,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On January 12, 2022, the Magistrate Judge entered a Report and Recommendation that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot due to Petitioner having previously received the relief he sought. (Doc. 10). No party filed timely objections, although advised of their rights to do so.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his Recommendation. The court finds that the petition for writ of habeas corpus is due to be dismissed as moot.

The court will enter a separate Final Order.

**DONE** and **ORDERED** this February 10, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE